IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LINDBERG PRESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIT MANAGER ROWELL, WARDEN JAMES SPANN, DEPUTY WARDEN JONES, and SERGEANT J. WILLIAMS,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 5:25-cv-61 |

**O R D E R**

Plaintiff filed a Motion for Discovery. Doc. 16. Plaintiff asks that the Court order Defendants to respond to his enumerated discovery requests. Id. The Court **DENIES** Plaintiff's Motion. The Court has directed service of Plaintiff's Complaint and has provided instructions on how to conduct discovery. Doc. 14.

**SO ORDERED**, this 20th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA